No. 04–7905. SWAFFORD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–7906. NEGRETE-MENDOZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7908. MENDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7909. MCKEE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–7911. RIVAS-GONZALEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7919. BEGOVIC v. CITY OF DOVER, NEW HAMPSHIRE, ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–7920. PARDUE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–7923. MATUTE-GALDAMEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7926. EWELL v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 04–7927. DEMEREE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–7929. DOMINGUEZ v. WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 04–7931. LINDELL v. FRANK, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–7933. MORGAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–7934. POPOCA-ANSELMO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–7937. STAVES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.